IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01073-ZLW-KMT

UNITED STATES OF AMERICA,

    Petitioner,

v.

DAVID A. SCHMIDT,

    Respondent.

## FINAL ENFORCEMENT ORDER

Having considered the United States' Petition to Enforce Internal Revenue Service Summons and accompanying exhibits, this Court finds as follows:

1. On January 29, 2008, the Internal Revenue Service ("IRS") issued a summons to David A. Schmidt (hereafter "Respondent").

2. The IRS summons was issued to Respondent for a legitimate purpose — to obtain information in order to determine the federal income tax liability for the years ending 2002, 2003 and 2004.

3. The above-listed tax periods were specified in the IRS summons served on Respondent.

4. The testimony, records, and documents demanded by the IRS summons are not in the possession of the IRS.

1

5. The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

6. As indicated in the Declaration of Service (Doc. 6), Respondent was served on July 1, 2008 with an Order to Show Cause that was issued by the Court on May 28, 2008 and a copy of the Petition.

7. As of this date, Respondent has failed to comply with the IRS summons.

8. Respondent has failed to show sufficient cause as to why he should not be ordered to comply with the IRS summons.

IT IS THEREFORE ORDERED that Respondent shall comply with and obey the IRS summons served upon him by appearing at the IRS office at 10225 Westmoor Drive, Suite 200, Westminster, Colorado 80021 before Revenue Officer Ann Worth, telephone number (720) 956-4730 (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than _Sept 30_, 2008, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the IRS summons. Failure to comply with this order may result in Respondent being found in contempt of court in which case he may be fined or imprisoned.

Upon entry of this Order, this case shall be closed and Judgment shall be entered in favor of the Petitioner.

Dated this 29 day of July, 2008.

BY THE COURT:

/s/ Zita L. Weinshienk
ZITA L. WEINSHIENK
UNITED STATES DISTRICT JUDGE